Christopher W. Bayuk, Esq. (State Bar No. 121751)
BAYUK & ASSOCIATES, INC.
5170 Golden Foothills Parkway
El Dorado Hills, CA 95762
E-mail: cbayuk@bayuklaw.com
T: (530) 903-3160
F: (877) 266-0963

Attorneys for PLAINTIFF:
ANGELA JENKINS

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELA JENKINS<br><br>PLAINTIFF (S),<br><br>V.<br><br>STERLING JEWELERS, INC., AND DOES 1 THROUGH 10, INCLUSIVE | **Case #:  3:17-cv-01999 MMA BGS**<br><br>**PLAINTIFF'S UNOPPOSED REQUEST FOR PLAINTIFF'S COUNSEL TO APPEAR TELEPHONICALLY AT THE HEARING ON DEFENDANT'S MOTION TO COMPEL ARBITRATION**<br><br>Date:        December 4, 2017<br>Time:       2:30 p.m.<br>Judge:      Hon. Michael M. Anello<br>Courtroom:  3D |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Christopher W. Bayuk, counsel for Plaintiff, Angela Jenkins, hereby requests that he be permitted to appear telephonically at the hearing on Defendant Sterling Jewelers, Inc's., Alternative Motion to Compel Arbitration and/or Stay Action, presently set for December 4, 2017, at 2:30 p.m. in Courtroom 3D of the above-titled Court.

Mr. Bayuk is scheduled to be in Central Oregon from November 30, 2017 through December 5, 2017, attending to family matters. Mr. Bayuk hereby respectfully requests that the Court permit him to appear by telephone at the hearing.

Counsel can be reached at his direct line: (619) 787-6620. Plaintiff's counsel conferred with counsel for Defendant, and there was no opposition to this request.

**RESPECTFULLY SUBMITTED:**

BAYUK & ASSOCIATES, Inc.

DATED: November 16, 2017     By: CHRISTOPHER W. BAYUK
Christopher W. Bayuk, Attorney for Plaintiff: Angela Jenkins