Christopher W. Bayuk, Esq. (State Bar No. 121751)
BAYUK & ASSOCIATES, INC.
5170 Golden Foothills Parkway
El Dorado Hills, CA 95762
E-mail: cbayuk@bayuklaw.com
T: (530) 903-3160
F: (877) 266-0963

Attorneys for PLAINTIFF:
ANGELA JENKINS

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELA JENKINS<br><br>PLAINTIFF(S),<br><br>V.<br><br>STERLING JEWELERS, INC., AND DOES 1 THROUGH 10, INCLUSIVE | **Case #:  3:17-cv-01999 MMA BGS**<br><br>**PROOF OF SERVICE – ELECTRONIC PLAINTIFF'S APPLICATION TO APPEAR TELEPHONICALLY**<br><br>**Date December 4, 2017**<br>**Time: 2:30 p.m.**<br>**Courtroom: 3D** |

I, Christopher W. Bayuk, declare:

   I am a resident of the State of California and am over the age of eighteen years, and not a party to the within-entitled action;  my business address is 5170 Golden Foothill Parkway, El Dorado Hills, CA 95762.  On November 16, 2017, I served the within documents, with all exhibits, if any:

Proof of Service – Electronic Plaintiff's Application to Appear Telephonically

3:17-cv-01999 MMA BGS

- **Plaintiff, Angela Jenkins Application for Counsel to Appear Telephonically**

| | |
|---|---|
| __X__ | By Electronic Service: I am familiar with the United States District Court, Central District of California's practice for collecting and processing electronic filings. Under that practice, documents are electronically filed with the Court. The Court's CM/ECF system will generate a Notice of electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case. The NEF will constitute service of the document. Registration as a CM/ECT user constitutes consent to electronic service through the Courts' transmission facilities. Under said practice, the following CM/EDF users were served: |

| | |
|---|---|
| Ogletree, Deakins, Nash, Smoak & Stewart, P.C.<br>Attn: Tracie Childs, Esq.<br>402 West Broadway, Suite 400<br>San Diego, CA 92101 | E-Mail:<br>tracie.childs@ogletree.com |

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on November 16, 2017, at Yreka, California.

/s/: C<span>HRISTOPHER</span> W. B<span>AYUK</span>

BAYUK & ASSOCIATES, INC.
Attorneys At Law
5170 Golden Foothills Parkway
El Dorado Hills, CA 95762