# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELA JENKINS,<br><br>                    Plaintiff,<br><br>v.<br><br>STERLING JEWELERS, INC.,<br><br>                    Defendant. | Case No.: 17cv1999-MMA (BGS)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS ACTION WITH PREJUDICE**<br><br>[Doc. No. 17] |

On December 9, 2019, the parties filed a joint motion to dismiss this action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  *See* Doc. No. 17. Upon due consideration, good cause appearing, the Court **GRANTS** the joint motion and **DISMISSES** this action **with prejudice**.  Each party must bear its own costs and attorney's fees.  The Clerk of Court is instructed to close the case.

**IT IS SO ORDERED.**

Dated:  December 9, 2019

HON. MICHAEL M. ANELLO
United States District Judge